DANIEL G. BOGDEN
United States Attorney
RUSSELL E. MARSH
Assistant United States Attorney
333 Las Vegas Blvd.S, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:03-cr-00441-RLH-LRL |
| | ) **ORDER** |
| v. | ) GOVERNMENT'S MOTION |
| | ) TO UNSEAL JUDGMENT |
| DIANNA BRIGGS, | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Russell E. Marsh, Assistant United States Attorney, and hereby respectfully requests this Court to unseal the Judgment in the above-captioned matter, because there is no longer a need for the Judgment to be sealed.

DATED this 22nd day of July, 2010.

                                                 DANIEL G. BOGDEN
                                                 United States Attorney

                                                 */s/ Russell E. Marsh*
                                                 RUSSELL E. MARSH
                                                 Assistant United States Attorney

IT IS SO ORDERED.

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: July 24, 2010